UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:23CR 219 (SVN) (  ) |
| v. | VIOLATIONS: |
| TEYRI-TERESA REED QUILES | 18 U.S.C. § 371 (Conspiracy) |
| | 18 U.S.C. §§ 933(a)(1), 933(a)(2), 933(a)(3), and 933(b) (Firearms Trafficking Conspiracy) |

DEC 7 2023 PM4:26
FILED-USDC-CT-HARTFORD

INFORMATION

The United States Attorney charges:

COUNT ONE
(Conspiracy)

1.      At all times relevant to this Information, Charter Arms was a firearm manufacturer and federal firearms licensee located in Shelton, Connecticut. Charter Arms manufactures firearms in Shelton, Connecticut using parts it obtains from various distributors, including a distributor of firearm frames in Pennsylvania. Charter Arms ships the firearms it manufactures to firearm dealers throughout the country.

2.      At all times relevant to this Information, the defendant, TEYRI-TERESA REED QUILES, was an employee of Charter Arms.

3.      From approximately April 2022 through approximately August 2022, the exact dates being unknown to the United States Attorney, in the District of Connecticut and elsewhere, the defendant, TEYRI-TERESA REED QUILES, and uncharged Co-Conspirator 1, whose identity is known to the United States Attorney, combined, conspired, confederated, and agreed with each other and others unknown to the United States Attorney, to receive, possess, conceal, store, barter, sell, and dispose of stolen firearms, which moved as, were part of, constituted, and had been

1

shipped or transported in, interstate and foreign commerce, either before or after they were stolen, knowing and having reasonable cause to believe that the firearms were stolen, in violation of Title 18, United States Code, Section 922(j).

4.     It was a part and an object of the conspiracy that the defendant, TEYRI-TERESA REED QUILES, stole firearms from her employer, Charter Arms, and sold the stolen firearms to Co-Conspirator 1 in exchange for money.

5.     In furtherance of the conspiracy, the defendant, TEYRI-TERESA REED QUILES, stole approximately 20 firearms from Charter Arms and sold the stolen firearms to Co-Conspirator 1.

All in violation of Title 18, United States Code, Section 371.

COUNT TWO<br>(Firearms Trafficking Conspiracy)

6.     From approximately January 2023 through approximately April 2023, the exact dates being unknown to the United States Attorney, in the District of Connecticut and elsewhere, the defendant, TEYRI-TERESA REED QUILES, uncharged Co-Conspirator 2, uncharged Co-Conspirator 3, uncharged Co-Conspirator 4, all of whose identities are known to the United States Attorney, and others unknown to the United States Attorney, did knowingly and intentionally conspire to violate the firearm laws of the United States.

7.     It was a part and an object of the conspiracy that the defendant, TEYRI-TERESA REED QUILES, uncharged Co-Conspirator 2, uncharged Co-Conspirator 3, uncharged Co-Conspirator 4, and others unknown to the United States Attorney, together and with one another, knowingly and intentionally agreed to ship, transport, transfer, cause to be transported, receive from another person, and otherwise dispose of firearms in and otherwise affecting interstate and foreign commerce, knowing and having reasonable cause to believe that the use, carrying,

2

possession, or receipt of the firearm by the recipient would constitute a felony, in violation of Title 18, United States Code, Sections 933(a)(1) and 933(a)(2).

All in violation of Title 18, United States Code, Sections 933(a)(3) and 933(b).

<u>FORFEITURE ALLEGATION</u>
(Firearms Trafficking Offense)

8.     Upon conviction of the firearms trafficking offense alleged in Count Two of this Information, the defendant, TEYRI-TERESA REED QUILES, shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 924(d) and 934 and Title 28, United States Code, Section 2461(c), all right, title, and interest in any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the violations of Title 18, United States Code, Section 933, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, those violations.

All in accordance with Title 18, United States Code, Sections 924(d) and 934; Title 21, United States Code, Section 853; Title 28, United States Code, Section 2461(c); and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

UNITED STATES OF AMERICA

VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

NATHANIEL J. GENTILE
ASSISTANT UNITED STATES ATTORNEY

CONOR M. REARDON
ASSISTANT UNITED STATES ATTORNEY