UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:23 CR 219 (SVN) |
| v. | : | |
| TEYRI-TERESA REED QUILES | : | JULY 10, 2024 |

## MOTION TO MODIFY CONDITIONS OF RELEASE

The defendant, Teyri-Teresa Reed Quiles, respectfully requests the Court modify the condition of her release and permit her to reside with her mother, Teresa Quiles, at 39 Union Street, Shelton, CT. She had been residing at 37 Union Street, Shelton, CT with her grandmother within the same two-family house. Ms. Reed Quiles has complied with all the conditions of release. Assistant United States Attorney Nathaniel Gentile defers to United States Probation which does not oppose this request.

Wherefore, the defendant respectfully requests the Court grant the modification.

Respectfully submitted,

BY /s/ *Michael Dolan*

Michael Dolan
1337 Dixwell Avenue
Hamden, Connecticut 06514
(203) 230-1678
Email: mdolan@dolan.legal
Federal Bar No.: ct18220

CERTIFICATION

      I hereby certify that on this 10th day of July 2024 a copy of the foregoing was filed electronically via the Court's CM/ECF system, and by that system, counsel for the Government has been provided with a copy of the foregoing.

/s/ *Michael Dolan*

_____

Michael Dolan